■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAIWAN BATTLE, Appellant. [816 NYS2d 380]—Appeals by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Guzman, J.), imposed June 4, 2004, and an amended sentence of the same court imposed September 28, 2004, on the ground that the sentence and the amended sentence are excessive.

Ordered that the sentence and the amended sentence are affirmed. No opinion. Prudenti, P.J., Florio, Crane, Luciano and Fisher, JJ., concur.